IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAYNA SIMPLE,[1] | § | |
| | § | No. 514, 2018 |
| Petitioner-Below, | § | |
| Appellant, | § | Court Below: |
| | § | Family Court |
| v. | § | of the State of Delaware |
| | § | |
| MARGARET FINKLEY, | § | File No.    CK14-01164 |
| | § | Petition No. 16-05960 |
| Counter Petitioner-Below, | § | 17-06100 |
| Appellee. | § | File No.    CK17-02101 |
| | § | Petition No.  17-19139 |

Submitted:  May 15, 2019
Decided:    May 22, 2019

Before **VALIHURA**, **SEITZ**, and **TRAYNOR**, Justices.

## **O R D E R**

This 22nd day of May, 2019, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Family Court in its Order dated August 9, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).